| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (SBN 57409)<br>Michael J. Lyons (SBN 202284)<br>David V. Sanker (SBN 251260)<br>Solandra J. Craig (SBN 263923)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001<br>Email:  djjohnson@morganlewis.com<br>Email:  mlyons@morganlewis.com<br>Email:  dsanker@morganlewis.com<br>Email:  scraig@morganlewis.com<br><br>Attorneys for Defendant and<br>Counter-Plaintiff INTTRA, INC. | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Stefani E. Shanberg, SBN 206717<br>Holly B. Baudler, SBN 238843<br>Robin L. Brewer, SBN 253686<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  650.493.9300<br>Facsimile:  650.565.5100<br>Email:  sshanberg@wsgr.com<br>Email:  hbaudler@wsgr.com<br>Email:  rbrewer@wsgr.com<br><br>Attorneys for Plaintiff and<br>Counter-Defendant GT NEXUS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GT NEXUS, INC., a Delaware corporation,<br>              Plaintiff,<br>      v.<br>INTTRA, INC., a Delaware corporation,<br>              Defendant,<br>      and<br>INTTRA, INC., a Delaware corporation,<br>              Counter-Plaintiff,<br>      v.<br>GT NEXUS, INC., a Delaware corporation, CROWLEY MARITIME CORPORATION, a Delaware corporation, CROWLEY LINER SERVICES, INC., a Delaware corporation, INDEPENDENT CONTAINER LINE, LTD., a Bahamas corporation,  SEABOARD MARINE, LTD., INC., a Liberian corporation, SEA STAR LINE, LLC, a Delaware corporation, TURKON LINES AMERICA, INC., a Turkish corporation, BACARDI-MARTINI PRODUCTION, a French corporation,<br>              Counter-Defendants. | Case No. CV 4:11-cv-02145-SBA<br><br>**JOINT STIPULATION TO DISMISS COUNTER-DEFENDANT SEA STAR LINE, LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

1    On September 1, 2011, Defendant/Counter-Plaintiff Inttra, Inc. ("Inttra") filed its Answer and Counterclaims to GT Nexus' Complaint. Inttra alleged that on information and belief, Counter-Defendant Sea Star Line, LLC ("Sea Star") entered an agreement or other relationship whereby Sea Star became a part of the GT Nexus Community, that Sea Star is permitted by GT Nexus to connect to, and use the GT Nexus Platform, that Sea Star is connected to, and uses the GT Nexus Platform, and that Sea Star receives guidance, support, and direction in connection with Sea Star's use of the GT Nexus Platform.

On October 17, 2011, GT Nexus filed its Amended Answer to Inttra's Counterclaims and GT Nexus' Chief Financial Officer, Allen Barr declared under penalty of perjury, that GT Nexus does not have a signed service agreement with Sea Star Line, LLC, that Sea Star has completed a total of 63 transactions on the GT Nexus platform, and that GT Nexus never invoiced Sea Star for any transactions, nor has Sea Star paid GT Nexus for its use of the GT Nexus platform.  (Exhibit A).

On November 8, 2011, Sea Star filed its Answer to Inttra's Counterclaims and denied that it is a member of the GT Nexus Community and that it received direction, instruction or guidance from GT Nexus as alleged. Based on these representations, the parties have agreed to dismiss all claims and counterclaims between Inttra and Sea Star without prejudice.

In view of the foregoing, the parties request that the Court enter the accompanying proposed order dismissing the entire action between Inttra and Sea Star, including all pending claims and counterclaims, without prejudice, each party to bear its own costs, expenses and attorney fees.

DATED:  November 9, 2011                    Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP


                                            By/s/ Michael J. Lyons
                                                    Daniel Johnson, Jr.
                                                    Michael J. Lyons
                                                    David V. Sanker
                                                    Solandra J. Craig

                                                    Attorneys for Defendant and
                                                    Counter-Plaintiff INTTRA, INC.

| | | |
|---|---|---|
| 1 | DATED:  November 9, 2011 | WILSON SONSINI GOODRICH & ROSATI |

By /s/ Stefani E. Shanberg
    Stefani E. Shanberg
    Holly B. Baudler
    Robin L. Brewer

Attorneys for Plaintiff and
Counter-Defendant GT NEXUS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of November, 2011, at Palo Alto, California.

/s/ Michael J. Lyons
Michael J. Lyons

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 11/14/11

_____
Hon. Saundra Brown Armstrong
United States District Judge