1  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr., SBN 57409
2  Michael J. Lyons, SBN 202284
   David V. Sanker, SBN 251260
3  Solandra J. Craig, SBN 263923
   2 Palo Alto Square
4  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
5  Telephone: 650.843.4000
   Facsimile: 650.843.4001
6  Email:  djjohnson@morganlewis.com
   Email:  mlyons@morganlewis.com
7  Email:  dsanker@morganlewis.com
   Email:  scraig@morganlewis.com
8
   Attorneys for Defendant and
9  Counter-Plaintiff INTTRA, INC.
10

   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   Stefani E. Shanberg, SBN 206717
   Holly B. Baudler, SBN 238843
   Robin L. Brewer, SBN 253686
   650 Page Mill Road
   Palo Alto, CA 94304-1050
   Telephone:  650.493.9300
   Facsimile:  650.565.5100
   Email:  sshanberg@wsgr.com
   Email:  hbaudler@wsgr.com
   Email:  rbrewer@wsgr.com

   Attorneys for Plaintiff and
   Counter-Defendant GT NEXUS, INC.

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                             OAKLAND DIVISION

14

15  GT NEXUS, INC., a Delaware corporation,            Case No. CV 4:11-cv-02145-SBA
                  Plaintiff,
16          v.                                         **JOINT STIPULATION TO
    INTTRA, INC., a Delaware corporation,              RESCHEDULE CASE MANAGEMENT
17                Defendant,                           CONFERENCE FROM JANUARY 26,
            and                                        2012 TO FEBRUARY 23, 2012**
18  INTTRA, INC., a Delaware corporation,
                  Counter-Plaintiff,
19          v.
    GT NEXUS, INC., a Delaware corporation,
20  CROWLEY MARITIME CORPORATION, a
    Delaware corporation, CROWLEY LINER
21  SERVICES, INC., a Delaware corporation,
    INDEPENDENT CONTAINER LINE, LTD.,
22  a Bahamas corporation,  SEABOARD
    MARINE, LTD., INC., a Liberian corporation,
23  SEA STAR LINE, LLC, a Delaware
    corporation, TURKON LINES AMERICA,
24  INC., a Turkish corporation, BACARDI-
    MARTINI PRODUCTION, a French
25  corporation,
                  Counter-Defendants.
26

27

28

1  *Whereas,* pursuant to the Court's Order Continuing Case Management Conference, the Case Management Conference was continued to January 26, 2012 - "a date by which all parties should have been served and appeared."

*Whereas,* Defendant/Counter-Plaintiff Inttra, Inc. ("Inttra") was advised by the French Central Authority that Counter-Defendant Bacardi-Martini Production ("Bacardi") was served in France on January 9, 2012, pursuant to the Hague Convention.

*Whereas,* Bacardi's response is then due on January 30, 2012, thus all parties will not appear until at least January 30, 2012.

*Whereas,* the parties hereby stipulate to reschedule the Case Management Conference to February 23, 2012, and respectfully request that the Court permit the schedule change;

*Whereas,* the requested extension will not impact any other dates in this case;

*It is hereby stipulated that:* The Case Management Conference will be rescheduled to February 23, 2012.

*So Stipulated:*

DATED: January 19, 2012            Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Solandra J. Craig
    Daniel Johnson, Jr.
    Michael J. Lyons
    David V. Sanker
    Solandra J. Craig

    Attorneys for Defendant and
    Counter-Plaintiff INTTRA, INC.

DB2/ 22909432.1

1    JOINT STIPULATION AND [PROPOSED]
     ORDER Case No. 4:11-cv-02145-SBA

| | | |
|---|---|---|
| 1 | DATED:  January 19, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | |
| 3 | | By /s/ Holly B. Baudler |
| | | Stefani E. Shanberg |
| 4 | | Holly B. Baudler |
| | | Robin L. Brewer |
| 5 | | |
| 6 | | Attorneys for Plaintiff and |
| | | Counter-Defendant GT NEXUS, INC. |

7   Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Solandra J. Craig,

8  attest that concurrence in the filing of this document has been obtained from each of the other

9  signatories.  I declare under penalty of perjury under the laws of the United States of America that

10  the foregoing is true and correct.  Executed this 19th day of January, 2012, at Palo Alto, California.

11

12                                       /s/ Solandra J. Craig
                                         Solandra J. Craig
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

JOINT STIPULATION AND [PROPOSED]
ORDER Case No. 4:11-cv-02145-SBA

DB2/ 22909432.1

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for January 26, 2012 is CONTINUED to **February 23, 2012 at 2:45 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated: 1/23/12

_____
Hon. Saundra Brown Armstrong
United States District Judge