| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr., SBN 57409<br>Michael J. Lyons, SBN 202284<br>David V. Sanker, SBN 251260<br>Solandra J. Craig, SBN 263923<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001<br>Email: djjohnson@morganlewis.com<br>Email:  mlyons@morganlewis.com<br>Email:  dsanker@morganlewis.com<br>Email: scraig@morganlewis.com<br><br>Attorneys for Defendant and Counter-Plaintiff INTTRA, INC. | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Stefani E. Shanberg, SBN 206717<br>Holly Baudler, SBN 238843<br>Robin L. Brewer, SBN 253686<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  650.493.9300<br>Facsimile:  650.565.5100<br>Email:  sshanberg@wsgr.com<br>Email:  hbaudler@wsgr.com<br>Email:  rbrewer@wsgr.com<br><br>Attorneys for Plaintiff and Counter-Defendant GT NEXUS, INC. Counter-Defendants CROWLEY MARITIME CORPORATION, CROWLEY LINER SERVICES, INDEPENDENT CONTAINER LINE, LTD., SEABORD MARINE, LTD., INC., and TURKON LINES AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GT NEXUS, INC., a Delaware corporation,<br>               Plaintiff,<br>       v.<br>INTTRA, INC., a Delaware corporation,<br>               Defendant,<br>      and<br>INTTRA, INC., a Delaware corporation,<br>               Counter-Plaintiff,<br>       v.<br>GT NEXUS, INC., a Delaware corporation, CROWLEY MARITIME CORPORATION, a Delaware corporation, CROWLEY LINER SERVICES, INC., a Delaware corporation, INDEPENDENT CONTAINER LINE, LTD., a Bahamas corporation,  SEABOARD MARINE, LTD., INC., a Liberian corporation, SEA STAR LINE, LLC, a Delaware corporation, TURKON LINES AMERICA, INC., a Turkish corporation, BACARDI-MARTINI PRODUCTION, a French corporation,<br>               Counter-Defendants. | Case No. 4:11-cv-02145-SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF** ***EX PARTE*** **REEXAMINATION REQUESTS OF THE PATENTS-IN-SUIT** |

1  *Whereas,* on February 1, 2012, Plaintiff /Counter-Defendant GT Nexus, Inc. ("GT Nexus")
filed with the U.S. Patent and Trademark Office requests for *ex parte* reexamination of all four
patents-in-suit: U.S. Patent Nos. 7,761,387 (Reexam Control No. 90/012,119); 7,752,142 (Reexam
Control No. 90/012,121); 7,827,119 (Reexam Control No. 90/012,122); and 7,756,794 (Reexam
Control No. 90/012,120);

*Whereas,* counsel for all named parties have met and conferred regarding the status of this
case and agree that a stay of the current litigation is appropriate;[1]

*Whereas*, the parties stipulate that the current litigation should be stayed and all hearings and
deadlines in this matter to be taken off calendar until each of the aforementioned *ex parte*
reexamination requests are resolved and there has been final exhaustion of any *ex parte*
reexamination proceedings, including any appeals, of the patents-in-suit that result from the
aforementioned requests;

*Whereas*, this case is in its early stages and the requested stay would not impact the case
schedule: the Court has not yet conducted an initial Case Management Conference (the first one is
scheduled for February 23, 2012), no trial date or other Court deadlines have been set, discovery has
not yet commenced, and the only matter noticed for hearing (Counter-Defendant Bacardi-Martini
Production's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 53)) has not been fully
briefed and is not scheduled to be heard by this Court until May 1, 2012;

*Whereas*, the requested stay would further interests of judicial economy and conservation of
the parties' and the Court's resources;

*Whereas*, in consideration of the foregoing factors, the parties respectfully request that all
proceedings before this Court in Case No. 11-02145 SBA be stayed until each of the aforementioned
*ex parte* reexamination requests are resolved and any *ex parte* reexamination proceedings, including
any appeals, of the patents-in-suit that result from any of the requests are complete;

---

[1] While the case should be stayed as to all parties, Bacardi Martini Production has appeared in this case only for the special purpose of moving to dismiss for lack of personal jurisdiction (*see* Dkt. No. 53).

-1-

STIPULATION; Case No. 4:11-cv-02145-SBA

*Now, therefore, it is hereby stipulated and agreed* by and between all parties through their respective counsel, subject to the approval of the Court, that all proceedings before this Court in Case No. 11-02145 SBA be stayed until each of the aforementioned *ex parte* reexamination requests are resolved and any *ex parte* reexamination proceedings, including any appeals, of the patents-in-suit that result from any of the requests are complete.

DATED:  February 15, 2012    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

By  /s/ Stefani E. Shanberg
       Stefani E. Shanberg

Attorneys for Plaintiff and Counter-Defendant
GT NEXUS, INC.

DATED:  February 15, 2012    MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Michael J. Lyons
       Michael J. Lyons

Attorneys for Defendant and Counter-Plaintiff
INTTRA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____, 2012

The Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons,
2  attest that concurrence in the filing of this document has been obtained from each of the other
3  signatories.  I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct.  Executed this 15th day of February, 2012, at Palo Alto, California.

/s/ Michael J. Lyons
Michael J. Lyons