UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GT NEXUS, INC., a Delaware corporation, | Case No: C 11-02145 SBA |
| Plaintiff, | **ORDER STAYING ACTION** |
| v. | Docket 58. |
| INTTRA, INC., a Delaware corporation, Defendant, | |
| and | |
| INTTRA, INC., a Delaware corporation, | |
| Counter-Plaintiff, | |
| v. | |
| GT NEXUS, INC., a Delaware corporation, CROWLEY MARITIME CORPORATION, a Delaware corporation, CROWLEY LINER SERVICES, INC., a Delaware corporation, INDEPENDENT CONTAINER LINE, LTD., a Bahamas corporation, SEABOARD MARINE, LTD., INC., a Liberian corporation, SEA STAR LINE, LLC, a Delaware corporation, TURKON LINES AMERICA, INC., a Turkish corporation, BACARDI-MARTINI PRODUCTION, a French corporation, | |
| Counter-Defendants. | |

Pursuant to the parties' stipulation, Dkt. 58, and good cause appearing,

IT IS HEREBY ORDERED THAT the instant action is stayed and administratively closed pending reexamination of U.S. Patent Nos. 7,761,387; 7,752,142; 7,827,119; and 7,756,794. Any party may request that the Court lift the stay and reopen the action.

IT IS SO ORDERED.

Dated: 2/21/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge