STEFANI E. SHANBERG, State Bar No. 206717
ROBIN L. BREWER, State Bar No. 253686
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105-1126
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
E-Mail:      sshanberg@wsgr.com
             rbrewer@wsgr.com

Attorneys for Plaintiff and
Counter-Defendant GT NEXUS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GT NEXUS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTTRA INC., a Delaware corporation, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTION. | Case No. 4:11-cv-02145-SBA <br><br> **DECLARATION OF ROBIN L. BREWER IN SUPPORT OF GT NEXUS, INC.'S OPPOSITION TO INTTRA INC.'S MOTION TO LIFT THE STAY AND REOPEN ACTION** |

I, Robin L. Brewer, declare as follows that:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for GT Nexus, Inc. ("GT Nexus"). I submit this declaration in support of GT Nexus' Opposition to INTTRA Inc.'s Motion to Lift the Stay and Reopen Action.

2. Attached as Exhibit A is a true and correct copy of the Memorandum from Andrew H. Hirshfeld, Deputy Commissioner for Patent Examination Policy to Patent Examining Corps (May 13, 2013).

3. At present, the parties have not exchanged infringement or invalidity contentions, and no discovery has been taken in this action.

4. Should the stay be lifted in this action, GT Nexus intends to file a dispositive motion attacking the patentability of the patents-in-suit under 35 U.S.C. § 101.

5. Attached as Exhibit B is a true and correct copy of the Petition for CBM Review for U.S. Patent No. 7,752,142, CBM2014-00074.

6. Attached as Exhibit C is a true and correct copy of the Petition for CBM Review for U.S. Patent No. 7,756,794, CBM2014-00072.

7. Attached as Exhibit D is a true and correct copy of the Petition for CBM Review for U.S. Patent No. 7,761,387, CBM2014-00073.[1]

8. Attached as Exhibit E is a true and correct copy of the Petition for CBM Review for U.S. Patent No. 7,827,119, CBM2014-00075.

9. Attached as Exhibit F is a true and correct copy of the *Inter Parte* Reexamination Filing Data from the United States Patent and Trademark Office, dated September 13, 2014.

Executed at San Francisco, California, this 18th day of February 2014.

/s/ *Robin L. Brewer*
Robin L. Brewer

---

[1] Due to an error encountered during the filing of this petition, it has not yet posted to the Patent Review Processing System.

BREWER DECL. SUPPORTING GT NEXUS
OPP'N TO MOTION TO LIFT STAY       - 2 -
Case No. 4:11-cv-02145-SBA