# Exhibit F



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Parte* Reexamination Filing Data - Septeber 30, 2013

1. Total requests filed since start of *Inter Parte* reexam on 11/29/99……………....................   1919

2. Number of Filings by dicipline
    a. Chemical Operation                 286    15%
    b. Electrical Operation               865    45%
    c. Mechanical Operation               489    25%
    d. Design Patents                      19     1%

3. Annual *Inter Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 2000 | 0 | 2004 | 27 | 2008 | 168 | 2012 | 530 |
| 2001 | 1 | 2005 | 59 | 2009 | 258 | 2013 | NA |
| 2002 | 4 | 2006 | 70 | 2010 | 281 | | |
| 2003 | 21 | 2007 | 126 | 2011 | 374 | | |

4. Number known to be in litigation……………......................   1449    76%

5. Decisions on requests……………......................                    2005
    a. No. granted                              1872    93%
        (1) By examiner                         1863
        (2) By Director (on petition)              9
    b. No. denied                                133     7%
        (1) By examiner                          127
        (2) Reexam vacated                         6

6. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency                         36 (mos.)
    b. Median pendency                         31.8 (mos.)

7. Total ex parte reexamination certificates issued (1999 – present) ………………………   696
    a. Certificates with all claims confirmed            53     8%
    b. Certificates with all claims canceled (or disclaimed)   219    31%
    c. Certificates with claims changes                 424    61%

 1 Total decisions on requests does not include requests that have been vacated or are pending.
updated as of 11/22/13