MORGAN, LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR. (SBN 57409)
MICHAEL J. LYONS (SBN 202284)
AHREN C. HSU-HOFFMAN (SBN 250469)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:    650.843.4000
Fax:    650.843.4001
Email:  djjohnson@morganlewis.com
Email:  mlyons@morganlewis.com
Email:  ahsu-hoffman@morganlewis.com

Attorneys for Defendant and Counter-Plaintiff
INTTRA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GT NEXUS, INC., a Delaware corporation,<br><br>                Plaintiff,<br>    v.<br><br>INTTRA, INC., a Delaware corporation,<br><br>               Defendant.<br>   and<br><br>INTTRA, INC., a Delaware corporation,<br><br>               Counter-Plaintiff,<br>    v.<br><br>GT NEXUS, INC., a Delaware corporation, CROWLEY MARITIME CORPORATION, a Delaware corporation, CROWLEY LINER SERVICES, INC., a Delaware corporation, INDEPENDENT CONTAINER LINE, LTD., a Bahamas corporation, SEABOARD MARINE, LTD., INC., a Liberian corporation, SEA STAR LINE, LLC, a Delaware corporation, TURKON LINES AMERICA, INC., a Turkish corporation, BACARDI-MARTINI PRODUCTION, a French corporation,<br>                Counter-Defendants. | Case No. 4:11-cv-02145-SBA<br><br>**DEFENDANT AND COUNTER-PLAINTIFF INTTRA, INC.'S OPPOSITION TO GT NEXUS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Judge:    Saundra B. Armstrong |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

INTTRA'S OPPOSITION TO GT NEXUS, INC.'S
MOTION FOR LEAVE TO FILE SUR-REPLY
CASE NO. 4:11-cv-02145-SBA

GT Nexus, Inc.'s ("GT Nexus") assertion that it is INTTRA Inc.'s ("INTTRA") fault for needing a sur-reply is without basis. INTTRA's Motion to Lift the Stay and Reopen Action ("Motion") properly focused on the original stay, which was imposed pending the resolution of five *ex parte* reexamination proceedings. It was not INTTRA's onus to fully address *new* grounds for a *new* stay that were only raised by GT Nexus in a brief telephonic meet and confer and that had no relevance to whether the original stay should be lifted. When GT Nexus presented completely new stay grounds in its Opposition, INTTRA was then left with no choice but to address those arguments in its Reply. Having chosen not to file its own motion seeking a second stay but rather presented those arguments for the first time in its Opposition brief, GT Nexus cannot be heard to complain that INTTRA's Reply brief addressing those matters is inappropriate.

Even assuming it was INTTRA's onus to address the new stay grounds in its opening papers, it is unreasonable to assume that INTTRA was in a position to fully address the issues after only a brief telephonic meet and confer. Moreover, at the time of that meet and confer and when INTTRA filed its Motion, GT Nexus had not filed any papers with the Patent Office requesting a covered business method ("CBM") patent review. Thus, not only were the grounds for GT Nexus' CBM petitions unknown to INTTRA, there was no certainty whether GT Nexus would proceed with the requests at all.

Finally, GT Nexus' request for leave to file a sur-reply should be denied because, like GT Nexus' Opposition, the proposed sur-reply fails to justify why a further stay is needed. In particular, GT Nexus' primary argument—that the Patent Office has so far never denied a CBM petition for lack of standing—does not mean that the Patent Office will grant one for INTTRA's patents. As INTTRA demonstrated in its Reply, the patents claim novel technological inventions that are squarely non-financial. GT Nexus' proposed sur-reply tellingly fails to meaningfully address this analysis. Likewise, GT Nexus' proposed sur-reply repeats almost identical arguments for why the Court should prolong this litigation pending the Supreme Court's decision in *Alice Corp. v. CLS Bank Int'l*.

For the foregoing reasons, this Court should deny GT Nexus' Administrative Motion for

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Palo Alto

1

INTTRA'S OPPOSITION TO GT NEXUS, INC.'S
MOTION FOR LEAVE TO FILE SUR-REPLY
CASE NO. 4:11-cv-02145-SBA

Leave to File Sur-Reply in Support of Opposition to INTTRA's Motion to Lift Stay and Reopen Action.

Dated: March 7, 2014

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Ahren C. Hsu-Hoffman
Daniel Johnson, Jr.
Michael J. Lyons
Ahren C. Hsu-Hoffman

Attorneys for Defendant and Counter-Plaintiff, INTTRA, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

INTTRA'S OPPOSITION TO GT NEXUS, INC.'S
MOTION FOR LEAVE TO FILE SUR-REPLY
CASE NO. 4:11-cv-02145-SBA